IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY WAGGONER                                          PLAINTIFF

v.                     Civil No. 04-4113

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                 DEFENDANT

## **JUDGMENT**

On this 7th day of October, 2005, the Court has before it for consideration the request for attorney's fees filed by plaintiff's attorney, Charles Barnette, pursuant to the Equal Access to Justice Act, *28 U.S.C. § 2412*. In accordance with the Memorandum Opinion filed in the above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is awarded fees and expenses in the amount of $1,358.00 under *28 U.S.C. § 2412*.

IT IS SO ORDERED.

                                                       /s/ Bobby E. Shepherd
                                                       HONORABLE BOBBY E. SHEPHERD
                                                       UNITED STATES MAGISTRATE JUDGE